UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-7039-MWF(KLSx)**                                      Dated: **April 6, 2016**

Title:    Deckers Outdoor Corporation -v- Air Rider International Corp., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                   None Present
    Relief Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                          None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed April 5, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 9, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN