JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/16/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> AIR RIDER INTERNATIONAL CORP., a California Corporation; and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO. 2:15-cv-07039-MWF (KSx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Hon. Michael W. Fitzgerald |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:   May 16, 2016            By: _/s/ Michael W. Fitzgerald_
                                     Hon. Michael W. Fitzgerald
                                     **United States District Judge**